UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1469

UNITED STATES OF AMERICA, )
)   Magistrate Case No.
  Plaintiff, )
)   COMPLAINT FOR VIOLATION OF
v. )
)
Alejandrino ESPARZA-Medina, )   Title 8, U.S.C., Section
)   1324(a)(2)(B)(iii)-
  Defendant. )   Bringing in Illegal Alien(s)
)   Without Presentation
)
)

  The undersigned complainant being duly sworn states:

On or about **May 8, 2008**, within the Southern District of California, defendant **Alejandrino ESPARZA-Medina**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Mariano CHACON-Mundo, Jesus CENTENO-Osnaya, and Juan ALVIRA-Diaz**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

  And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

           _____
           SIGNATURE OF COMPLAINANT
           Sara Esparagoza, United States Customs
           and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **12th** DAY OF **May, 2008**.

           _____
           UNITED STATES MAGISTRATE JUDGE

           CATHY ANN BENCIVENGO

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

The complainant states that **Mariano CHACON-Mundo, Jesus CENTENO-Osnaya, and Juan ALVIRA-Diaz**, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 8, 2008, at approximately 2200 hours, **Alejandrino ESPARZA-Medina (Defendant)**, applied for admission into the United States at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1989 White Ford Taurus. A Customs and Border Protection (CBP) Canine Enforcement Officer apprehended the Defendant, discovered concealed individuals in the trunk, and requested assistance. The CBP Canine Enforcement Officer informed the responding officer, a Pre-Primary CBP Officer, that his Narcotic/Human Detector Dog (N/HDD) had alerted to the vehicle. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, CBP Officers discovered four adult males concealed in the trunk of the vehicle. The four adult males were determined to be citizens of Mexico without entitlements to enter the United States. Three of the four adult males are now identified as: **Mariano CHACON-Mundo (MW1), Jesus CENTENO-Osnaya (MW2), and Juan ALVIRA-Diaz (MW3)**.

During a videotaped proceeding, Defendant was advised of his Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted to knowledge of two of the concealed individuals. Defendant admitted he was driving the vehicle in exchange for a smuggling fee waiver of $3,500.00 USD. Defendant stated he was instructed to drive the vehicle to Interstate 5 northbound, where he was to look for someone on the side of the freeway who would honk to get his attention. Defendant was to follow the vehicle to an unknown location in the United States and deliver the vehicle.

On separate videotaped interviews, Material Witnesses admitted they are citizens of Mexico without legal rights to enter the United States. MW2 and MW3 stated they were going to pay approximately $2,000.00 USD to be smuggled into the United States; MW1 stated that he was unsure of the amount he was to pay. Material Witnesses stated they were en route to California to seek residency and employment.

EXECUTED ON THIS 9th DAY OF May 2008 AT San Ysidro Port of Entry.

_____
Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page, I find probable cause to believe that the defendant named therein committed the offense on May 8, 2008 in violation of Title 8, United States Code, Section 1324.

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

5/10/08 @ 9:46 am
DATE/ TIME