1  KAREN P. HEWITT
   United States Attorney
2  W. MARK CONOVER
   Assistant United States Attorney
3  California State Bar No. 236090
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-5200
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA      08CR1692-L

11 UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ1469
                                    )
12              Plaintiff,          )
                                    )    **STIPULATION OF FACT AND JOINT**
13       v.                         )    **MOTION FOR RELEASE OF**
                                    )    **MATERIAL WITNESS(ES) AND**
   ALEJANDRINO ESPARZA-MEDINA,      )    **ORDER THEREON**
14                                  )
                Defendant.          )
15 _____ )    **(Pre-Indictment Fast-Track Program)**

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and W. Mark

18 Conover, Assistant United States Attorney, and defendant ALEJANDRINO ESPARZA-MEDINA,

19 by and through and with the advice and consent of defense counsel, Carolyn L. Oliver, that:

20       1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23 guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26 //

27 //

28 //

   WMC:mg:5/13/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before **June 11, 2008**.

6    4.    The material witnesses, Mariano Chacon-Mundo, Jesus Centeno-Osnaya and Juan

7 Alvira-Diaz, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10 May 9, 2008;

11        c.    Were found in a vehicle driven by defendant at the San Ysidro, California Port

12 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13 aliens with no lawful right to enter or remain in the United States;

14        d.    Were paying an unknown amount - $2,000 to others to be brought into the

15 United States illegally and/or transported illegally to their destination therein; and,

16        e.    May be released and remanded immediately to the Department of Homeland

17 Security for return to their country of origin.

18    5.    After the material witnesses are ordered released by the Court pursuant to this

19 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

20 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

21 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23 substantive evidence;

24        b.    The United States may elicit hearsay testimony from arresting agents

25 regarding any statements made by the material witness(es) provided in discovery, and such testimony

26 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

27 of (an) unavailable witness(es); and,

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Alejandrino Esparza-Medina                2                08MJ1469

1          c.          Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5          6.          By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9          Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10   immediate release and remand of the above-named material witness(es) to the Department of

11   Homeland Security for return to their country of origin.

12          It is STIPULATED AND AGREED this date.

13                                        Respectfully submitted,

14                                        KAREN P. HEWITT
                                          United States Attorney
15

16   Dated: 5/27/05 .
                                          W. MARK CONOVER
17                                        Assistant United States Attorney    .

18   Dated: 5/20/08 .

19                                        CAROLYN L. OLIVER
                                          Defense Counsel for Alejandrino Esparza-Medina
20

21   Dated: 5/20/08 .
                                          ALEJANDRINO ESPARZA-MEDINA
22                                        Defendant

23

24

25

26

27
                                          Translated by: Danielle Leyva
28                                        on 5/20/08
     Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Alejandrino Esparza-Medina          3          08MJ1469

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: ____5/27/08____ .

United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Alejandrino Esparza-Medina                4                        08MJ1469