UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　Plaintiff　　　)<br>　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　)<br>Alejandrino Esparza-Medina )<br>　　　　　　　　　　　　)<br>　　　　　　Defendant(s)　)<br>_____) | CRIMINAL NO. 08CR1093 L<br>　　　　　　　　08mj1469<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 08463298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Alvira-Diaz

DATED: 5-27-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR., Clerk
　　　by /s/ Hernandez
　　　　　Deputy Clerk
　　　L. HERNANDEZ

2008 MAY 27 P 12

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062