# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff  )<br>  )<br>vs.  )<br>Alejandrino Esparza-Medina  )<br>Defendant(s)  ) | CRIMINAL NO. 08mj1469<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 09463292 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Jesus Centeno-Osnaya

DATED: 5-27-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk
L. HERNANDEZ