UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>Alejandrino Esparza-Medina<br>Defendant(s) | CRIMINAL NO. 08mj1469<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. 08463398 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Mariano Chacon-Mundo

DATED: 5-27-08

**CATHY ANN BENCIVENGO**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ Hernandez
Deputy Clerk
HERNANDEZ